in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67331.**—Transamerican Match Corporation et al. *v.* United States, protests 62/706, etc. (San Juan).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67332.**—Ernest Greenwood Co. *v.* United States, protests 62/15045, etc. (Mobile).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 9, 1963

**No. 67333.**—American Pecco Corp. *v.* United States, protest 59/2552 (Milwaukee).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

**No. 67334.**—Rex-Spanall, Inc. *v.* United States, protests 60/30106, etc. (New York).